# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**UNITED STATES v. DION MARSH**　　　　　　　**DOCKET NO.: 22-6027 (DEA)**

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum　　　　　( ) Ad Testificandum

1. **DION MARSH**: Booking #15-221981, ID # AR0289, DOB 01/02/1995 (hereinafter the "Detainee") is now confined at:

**OCEAN COUNTY JAIL**
114 Hooper Avenue
Toms River, NJ 08754

2. The Detainee is charged in this District by: ( ) Indictment ( ) Information ( X ) Complaint with violations of Title 18, United States Code, Section 249(a)(1).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at Clarkson S. Fisher Federal Building and United States Courthouse, before the Hon. Douglas E. Arpert, U.S.M.J., on **Thursday, June 9th, 2022 at 12:00 p.m.**, for an Initial Appearance hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED:  June 1, 2022

　　　　　　　　　　　　　　　　　　　　　　*/s/ R. Joseph Gribko*
　　　　　　　　　　　　　　　　　　　　　　R. JOSEPH GRIBKO
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Petitioner

## O R D E R

Let the Writ Issue.

DATED: 6/6/2022

_____
Hon. Douglas E. Arpert, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of :

**OCEAN COUNTY JAIL**
114 Hooper Avenue
Toms River, NJ 08754

WE COMMAND YOU that you have the body of

**DION MARSH**,

now confined at the OCEAN COUNTY JAIL, brought before the United States District Court, the Hon. Douglas E. Arpert, U.S.M.J., in the Clarkson S. Fisher Federal Building and U.S. Courthouse, Trenton, New Jersey, on **Thursday, June 9th, 2022 at 12:00 p.m.** for an Initial Appearance hearing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Douglas E. Arpert
United States Magistrate Judge
Trenton, New Jersey

DATED: 6/6/2022

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: s/ELIZABETH BERES
Deputy Clerk