# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DION MARSH,<br><br>Defendant. | Criminal No. 24-CR-00071 (ZNQ)<br><br>**NOTICE OF SENTENCING MEMORANDUM SUBMISSION** |

Dear Sirs/Madams:

Please be advised that Counsel submitted a Sentencing Memorandum and Mitigation report to the Court on July 16, 2024, and submitted additional materials on July 19, 2024.

Date: July 19, 2024

                        By:    */s/ Adam K. Axel*

                                 Adam K. Axel
                                 Assistant Federal Public Defender